IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTAVO SIDA and ANGEL HERNANDEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>RAINBOW CONCRETE CO., and YOSHIO KABAYAMA, individually,<br><br>　　　　Defendants. | Case No. 08 C 580<br><br>Judge Conlon |

## NOTICE OF FILING

TO:　Rainbow Concrete Co.
　　　c/o Reg. Agent, Yoshio Kabayama
　　　& Yoshio Kabayama, individually
　　　5823 N. Forest Glen Ave.
　　　Chicago, IL  60646

**PLEASE TAKE NOTICE** that on February 21, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' First Amended Complaint**, a copy of which is attached hereto and is hereby served upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 21, 2008

　　　　　　　　　　　　　　　　　　s/Douglas M. Werman
　　　　　　　　　　　　　　　　　　DOUGLAS M.WERMAN (ARDC #6204740)
　　　　　　　　　　　　　　　　　　MAUREEN A. BANTZ (ARDC #6289000)
　　　　　　　　　　　　　　　　　　CARLOS G. BECERRA (ARDC #6285722)
　　　　　　　　　　　　　　　　　　Werman Law Office, P.C.
　　　　　　　　　　　　　　　　　　77 West Washington Street, Suite 1402
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　(312) 419-1008

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs