Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0580 | **DATE** | 2/28/2008 |
| **CASE TITLE** | GUSTOV SIDA, ET AL vs. RAINBOW CONCRETE CO., ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to April 8, 2008 at 9:00 a.m. for report on settlement. Parties shall comply with FRCP 26(a)(1) by April 1, 2008.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|