IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTAVO SIDA and ANGEL HERNANDEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW CONCRETE CO., and YOSHIO KABAYAMA, individually,<br><br>Defendants. | Case No. 08 C 580<br><br>Judge Conlon |

## MOTION TO WITHDRAW APPEARANCE

NOW COMES the attorney, Carlos G. Becerra, and moving to withdraw as attorney for all the Plaintiffs, states as follows:

1. Attorney Carlos G. Becerra was employed by the Werman Law Office, P.C.

2. The Werman Law Office, PC was retained to represent the Plaintiffs in the above-captioned matter.

3. Attorney Carlos G. Becerra has severed his relationship with the Werman Law Office, PC, but the firm continues to represent the Plaintiffs in the above-captioned matter.

WHEREFORE, Carlos G. Becerra prays this Honorable Court for leave to withdraw his appearance.

Respectfully submitted,

Dated: March 28, 2008

s/Carlos G. Becerra
CARLOS G. BECERRA (ARDC #6285722)
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2008, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants.

s/ Carlos G. Becerra
Carlos G. Becerra