IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTAVO SIDA and ANGEL HERNANDEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW CONCRETE CO., and YOSHIO KABAYAMA, individually,<br><br>Defendants. | Case No. 08 C 580<br><br>Judge Conlon |

**NOTICE OF MOTION**

To: Calvin K. Manshio
4753 N. Broadway Ave., Suite 732
Chicago, IL 60640

PLEASE TAKE NOTICE that on April 2, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Conlon, in the Courtroom usually occupied by her in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion to Withdraw Appearance**, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

Dated: March 28, 2008

s/Carlos G. Becerra
CARLOS G. BECERRA (ARDC #6285722)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312)419-1008

Attorney for Plaintiffs.