Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0580 | **DATE** | 4/02/08 |
| **CASE TITLE** | GUSTAVO SIDA, ET AL vs. RAINBOW CONCRETE CO., ET AL | | |

**DOCKET ENTRY TEXT**

Plaintiffs' attorney Carlos G. Becerra's motion [14] to withdraw appearance is granted.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|