## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0580 | **DATE** | 4/8/2008 |
| **CASE TITLE** | GUSTAVO SIDA vs. RAINBOW CONCRETE CO., ET AL | | |

**DOCKET ENTRY TEXT**

Report on settlement hearing held. Parties shall comply with FRCP 26(a)(1) by 4/11/08. Discovery cutoff and filing of dispositive motions with supporting memoranda is set on 7/8/08. Submission of the modified joint pretrial order is set on 7/22/08 at 9:00 a.m. The case is placed on the August trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|