IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUSTAVO SIDA and ANGEL HERNANDEZ, on behalf of themselves and all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>RAINBOW CONCRETE CO., and YOSHIO KABAYAMA, individually,<br><br>Defendants. | Case No. 08 C 580<br><br>Judge Conlon |

## STIPULATION TO DISMISS

Plaintiff, Gustavo Sida, by his attorneys, Werman Law Office, P.C., hereby stipulate that the above case be dismissed with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

By: s/Douglas M. Werman<br>
Attorney for Plaintiffs

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Stipulation to Dismiss** was served via electronic mail on June 5, 2008 on:

Calvin Mashio
4753 N. Broadway, Ste. 732
Chicago, IL 60640

s/Doulgas M. Werman
Douglas M. Werman