**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GUSTAVO SIDA and ANGEL HERNANDEZ, on behalf of themselves and all other similarly situated persons, known and unknown, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No.  08 C 580 |
| v. | ) ) | Judge Conlon |
| RAINBOW CONCRETE CO., and YOSHIO KABAYAMA, individually, | ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF FILING**

TO:    Calvin Mashio
       4753 N. Broadway, Ste. 732
       Chicago, IL  60640


**PLEASE TAKE NOTICE** that on June 5, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Stipulation to Dismiss**, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

Dated: June 5, 2008

s/Douglas M. Werman
DOUGLAS M.WERMAN (ARDC #6204740)
MAUREEN A. BANTZ (ARDC #6289000)
CARLOS G. BECERRA (ARDC #6285722)
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs